UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   CA No.   05-1758 (ESH) |
| | ) |
| DONALD RUMSFELD, et. al., | ) |
| | ) |
|     Defendants. | ) |

AFFIDAVIT OF SERVICE

Pursuant to the Civil Justice Expense and Delay Reduction Plan, Plaintiff-Eady's counsel certifies under penalty of perjury that the complaint filed September 1, 2005, was served by mail summons upon the fifth of five defendants, the Attorney General of the United States, on September 13, 2005.  A copy of the postal return receipt card is attached.

September 20, 2005                            Respectfully submitted,

*/s/ John A. Wickham*

John A. Wickham, Esq. DC Bar 454863
32975 Saint Moritz Drive
Evergreen, CO  80439-6720
(303) 670-3825

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Att'y General
Dept. Justice
Civil Division
10th & Constitution Ave NW
Washington DC 20530

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001    Domestic Return Receipt    102505-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Ernest L. Parks_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
SEP 1 3 2005

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

EXD4    05-01758