UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No.   05-1758 (ESH) |
| ) | |
| DONALD RUMSFELD, et. al., ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF SERVICE

Pursuant to the Civil Justice Expense and Delay Reduction Plan, Plaintiff-Eady's counsel certifies under penalty of perjury that the complaint filed September 1, 2005, was served by mail summons upon the third of five defendants, James Nicholson, Secretary of the Veterans Administration, on September 13, 2005.   A copy of the postal return receipt card is attached.

September 20, 2005                                             Respectfully submitted,

*[signature: John A. Wickham]*

John A. Wickham, Esq. DC Bar 454863
32975 Saint Moritz Drive
Evergreen, CO  80439-6720
(303) 670-3825

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*   C. Date of Delivery<br>*RECEIVED SEP 2003* |
| 1: Article Addressed to:<br>James Nicholson<br>Sec'y Vet. Admins.<br>Vet. Administration<br>810 Vermont Ave. N.W.<br>Washington D.C.<br>20420 | D. Is delivery address different from item 1? ☐ Yes ☒ No<br>If YES, enter delivery address below:<br><br>DEPARTMENT OF VETERANS AFFAIRS<br>OFFICE OF THE SECRETARY |
| | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)* | 7004 0750 0001 6310 0107 |
| PS Form 3811, August 2001   EXD4   Domestic Return Receipt   05-01753 | 102595-02-M-1540 |