UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No. __05-1758__ |
| ) | |
| DONALD RUMSFELD, et. al., ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF SERVICE

Pursuant to the Civil Justice Expense and Delay Reduction Plan, Plaintiff-Eady's counsel certifies under penalty of perjury that the complaint was served by mail summons upon the second of five defendants, Kenneth Wainstein, United States Attorney (D.C.) on September 13, 2005. A copy of the postal return receipt card is attached.

September 20, 2005                                     Respectfully submitted,

*/s/ John A. Wickham*

John A. Wickham, Esq. DC Bar 454863
32975 Saint Moritz Drive
Evergreen, CO 80439-6720
(303) 670-3825

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Ernest L. Parker_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  SEP 1 3 2005  C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☒ No |
| 1. Article Addressed to:<br>Kenneth Weinstein<br>U.S. Attorney<br>Judiciary Ctr. Bldg.<br>555 Fourth Street NW<br>Washington DC<br>20530 | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | |
| PS Form 3811, August 2001  Domestic Return Receipt  102595-02-M-1540 | |

EADY 05-01758