UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No.   05-1758 (ESH) |
| ) | |
| DONALD RUMSFELD, et. al., ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF SERVICE

      Pursuant to the Civil Justice Expense and Delay Reduction Plan, Plaintiff-Eady's counsel certifies under penalty of perjury that the complaint filed September 1, 2005, was served by mail summons upon the second of five defendants, Francis Harvey, Secretary of the Army, on September 14, 2005.  Eady's counsel called the Army Litigation Center, Arlington Virginia, when no postal return receipt card was returned.  On September 26, Captain Becky Ausprung (assigned agency counsel at 703 696-1627), called Eady's counsel.  She acknowledged receipt of the mail summons with the complaint on September 14, 2005.  Attached is a also a copy of the postal delivery confirmation, and Eady's counsel's receipt of mailing to identify the tracking number as the mail summons.

September 27, 2005                         Respectfully submitted,

*/s/ John A. Wickham*

John A. Wickham, Esq. DC Bar 454863
32975 Saint Moritz Drive
Evergreen, CO  80439-6720
(303) 670-3825



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 0750 0001 6310 0152**
Detailed Results:

- Delivered, September 12, 2005, 12:50 pm, ARLINGTON, VA 22203
- Notice Left, September 10, 2005, 9:54 am, ARLINGTON, VA 22203
- Arrival at Unit, September 10, 2005, 8:47 am, ARLINGTON, VA 22203
- Acceptance, September 08, 2005, 1:21 pm, EVERGREEN, CO 80439

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

    POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



