UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No.   05-1758 (ESH) |
| ) | |
| DONALD RUMSFELD, et. al., ) | |
| ) | |
| Defendants. ) | |

AFFIDAVIT OF SERVICE

     Pursuant to the Civil Justice Expense and Delay Reduction Plan, Plaintiff-Eady's counsel certifies under penalty of perjury that the complaint filed September 1, 2005, was served by mail summons upon the first of five defendants, Donald Rumsfeld, Secretary of the Department of Defense, on September 13, 2005. Eady's counsel called the offices of the DoD General Counsel when no postal return receipt card was returned. On September 27, Mr. Robert Easton, calling on behalf of DoD General Counsel (Office of Legal Counsel), stated that delivery confirmation of the mail summons and complaint was acceptable by checking the tracking number at the postal website. Attached is a copy of the postal delivery confirmation, and Eady's counsel's receipt of mailing to identify the tracking number as the mail summons.

September 27, 2005                                    Respectfully submitted,

*[signature: John. Wickham]*

John A. Wickham, Esq. DC Bar 454863
32975 Saint Moritz Drive
Evergreen, CO 80439-6720
(303) 670-3825



**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **7004 0750 0001 6310 0145**
Detailed Results:

- Delivered, September 13, 2005, 7:43 am, WASHINGTON, DC 20310
- Arrival at Unit, September 13, 2005, 2:55 am, WASHINGTON, DC 20022
- Acceptance, September 08, 2005, 1:15 pm, EVERGREEN, CO 80439

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )        ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



Certified Mail Receipt — Label 7004 0750 0001 6310 0145; Washington, DC 20301; Postage $1.06; Certified Fee $2.30; Return Receipt Fee $1.75; Total Postage & Fees $5.11; Postmark Evergreen, CO USPS 80439, Clerk: KDDNTC, SEP 08 2005, 09/08/05; Sent To: Rumsfeld, DOD WDC 20301 (EADY CARE); PS Form 3800, June 2002.