IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LORENZA EADY**<br>4500 Bradford Circle, Hwy. 544<br>Myrtle Beach, S.C. 29588<br><br>             Plaintiff,<br><br>v.<br><br>**DONALD RUMSFELD,**<br>Secretary of Defense<br><br>**FRANCIS HARVEY,**<br>Secretary of the Army<br><br>**JAMES NICHOLSON,**<br>Secretary of Veterans Administration<br><br>             Defendants. | Civil Action No. 05-1758 (ESH) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for the defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780