IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LORENZA EADY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1758 (ESH) |
| ) | |
| **DONALD RUMSFELD, et. al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. and the Privacy Act, 5 U.S.C. § 552a.  Defendants respectfully move this Court for a thirty (30) day enlargement of time through and including January 13, 2006, within which to file Defendants' answer, move, or otherwise respond to the Complaint in this matter.  Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due December 14, 2005.

2. Defendants and Plaintiff have continued discussing ways to resolve this matter.  The additional time is necessary to allow the parties the opportunity to attempt to resolve this matter without further litigation.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Plaintiff through counsel has consented to this enlargement.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Defendants' answer, move, or otherwise respond to the Complaint in this matter. A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney


_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LORENZA EADY** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**DONALD RUMSFELD, et. al.** )<br>)<br>**Defendants.** )<br>)<br>) | Civil Action No. 05-1758 (ESH) |

## ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including January 13, 2006 to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2005.

                                                                ELLEN SEGAL HUVELLE
                                                United States District Judge

Copies to:

Counsel for Parties via ECF