IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LORENZA EADY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1758 (ESH) |
| ) | |
| **DONALD RUMSFELD, et. al.** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. and the Privacy Act, 5 U.S.C. § 552a. Defendants respectfully move this Court for a thirty (30) day enlargement of time through and including February 13, 2006, within which to file Defendants' answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due January 13, 2006.

2. At Plaintiff's request, Defendant has delivered documents to Plaintiff the parties hope may facilitate resolution of this matter. Plaintiff is still reviewing these documents and the additional time is necessary to allow the plaintiff to review the documents and to allow the parties an opportunity to attempt to resolve this matter without further litigation. If the parties are unable to reach agreement, defendant expects to file a dispositive motion.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the third enlargement of time sought in this matter.

5. Defendants' counsel has attempted to contact Plaintiff's counsel to gain his consent to this enlargement but has been unable to reach him.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1758 (ESH) |
| ) | |
| DONALD RUMSFELD, et. al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including January 13, 2006 to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2005.

ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

Counsel for Parties via ECF