IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LORENZA EADY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-1758 (ESH) |
| ) | |
| **DONALD RUMSFELD, et. al.** ) | |
| ) | |
| **Defendants.** ) | |

**DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff brings this case under the Administrative Procedure Act, 5 U.S.C. § 702, *et seq*. and the Privacy Act, 5 U.S.C. § 552a. Defendants respectfully move this Court for a thirty (30) day enlargement of time through and including April 14, 2006, within which to file Defendants' answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due March 15, 2006.

2. Plaintiff and Defendant continue to discuss ways of resolving the issues in this case without need for further litigation. The parties have made significant progress in this regard and the additional time sought will allow the sides to continue the discussion.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the fifth enlargement of time sought in this matter.

5. Plaintiff through counsel consents to this motion.

For these reasons, defendant requests that the Court grant this Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
KENNETH L. WAINSTEIN., D.C.  Bar #451058
United States Attorney


_____/s_____
R. CRAIG  LAWRENCE, D.C.  Bar #171538
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LORENZA EADY** )<br>)<br>    **Plaintiff,** )<br>)<br>v.   )<br>)<br>**DONALD RUMSFELD, et. al.** )<br>)<br>    **Defendants.** )<br>)<br>) | Civil Action No. 05-1758 (ESH) |

### ORDER

Upon consideration of Defendants' Motion for an Enlargement of Time to Answer or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including April 14, 2006 to answer or otherwise respond to Plaintiff's Complaint.

Dated this _____ day of _____, 2006.

_____
ELLEN SEGAL HUVELLE
United States District Judge

Copies to:

Counsel for Parties via ECF