UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No.  05-1758 (ESH) |
| ) | |
| DONALD RUMSFELD, et.al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

UPON CONSIDERATION of plaintiff's motion to terminate the enlargement and to answer the complaint, any opposition thereto, it is hereby

ORDERED that plaintiff's motion is granted.

AND IT IS FURTHER ORDERED, the parties within 5 days shall file a Stipulation of Settlement for Entry of Judgment containing a 21-day deadline to complete all actions.


DATED:_____

_____
UNITED STATES DISTRICT JUDGE


electronic copies to:

John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen, CO. 80439

Kevin Robitaille
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LORENZA EADY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CA No.  05-1758 (ESH) |
| ) | |
| DONALD RUMSFELD, et.al., ) | |
| ) | |
| Defendants. ) | |

ORDER

UPON CONSIDERATION of plaintiff's motion to terminate the enlargement and to answer to the complaint, any opposition thereto, it is hereby

ORDERED that plaintiff's motion is granted.

AND IT IS FURTHER ORDERED, that the defendant shall within 5 days answer the complaint.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

electronic copies to:
John A. Wickham, Esq.
32975 Saint Moritz Drive
Evergreen, CO. 80439

Kevin Robitaille
Special Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530