## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **LORENZA EADY** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-1758 (ESH)** |
| | ) | |
| **DONALD RUMSFELD, et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

### STIPULATION OF SETTLEMENT

The parties, by and through their respective counsel, hereby stipulate and agree, subject to the approval of the court, as follows:

1.    The parties do hereby agree to settle and compromise the above-entitled actions under the terms and conditions set forth herein.

2.    Defendants shall pay plaintiff's attorney a lump sum of One Thousand Five Hundred Dollars ($1,500.00) in attorneys' fees and costs in this matter.

3.    Payment of the attorneys' fees and costs award will be made by a check drawn on the account of the United States as set forth in paragraph two, made payable to John A. Wickham, Esq. Counsel for Defendant agree that, upon notification of the Court's approval of this Stipulation, they will promptly complete and transmit to the Treasury of the United States the documentation necessary to effectuate this payment.

4.    Plaintiff agrees to forever discharge, release, and withdraw any claims relating to the correction of his records pursuant to the Army Board For Correction of Military Records,

decision rendered on his behalf, docket number AR2002076652. This agreement does not waive

plaintiffs claims regarding his pending appeal with the Board of Veterans Appeals (BVA) in VA

Central Office on the issue of "individual unemployability." The BVA is going to decide whether

Mr. Eady's unemployability predates January 27, 1989.

     5.     This Stipulation of Settlement shall represent full and complete satisfaction of all

claims arising from the allegations set forth in the complaint filed in these actions, including full

and complete satisfaction of all claims for costs and attorneys fees that have been, or could be,

made in this case. In particular, this Stipulation of Settlement shall include all claims for

attorneys' fees and costs incurred in connection with the administrative Army Board For

Correction of Military Records process, the District Court litigation process, and any other

proceedings involving the claims raised in these actions. Should the government seek to alter or

otherwise set aside this settlement, then the parties agree that this agreement shall not preclude

plaintiff from seeking additional attorney's fees to which he may be entitled under prevailing law

incurred as a result of the defendant's motion.

     6.     This Stipulation of Settlement shall not constitute an admission of liability or fault

on the part of the United States, its agents, servants, or employees, and is entered into by both

parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks

of further litigation.

     7.     This Stipulation of Settlement shall be binding upon and inure to the benefit of the

parties hereto and their respective successors and assigns.

8.    The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

9.    Execution of this Stipulation of Settlement by counsel for plaintiff and by counsel for defendants shall convert the dismissal of these actions without prejudice to a dismissal with prejudice, effective upon approval by the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Respectfully submitted,

John A. Wickham
32975 Saint Moritz Drive
Evergreen, CO 80439
Counsel for Plaintiff

17 May 2006

KENNETH L. WAINSTEIN., D.C. Bar #451058
United States Attorney

RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

KEVIN K ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W..
Washington, D.C. 20530
(202) 353-9895
Counsel for Defendants

3

APPROVED AND SO ORDERED.

On this _____ day of _____, 2006.

_____
ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE